MICHAEL L. HINCKLEY, State Bar No. 161645
LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 486-0800
Facsimile: (510) 486-0801

Attorneys for Defendant
CHARLES HOLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES HOLLINS,<br><br>Defendant. | Case No. 3:11-CR-007461-1 SI<br><br>**DEFENDANT CHARLES HOLLINS'S LETTERS AND CERTIFICATES RE SENTENCING MEMORANDUM**<br><br>Date: February 22, 2013<br>Time: 11:00 a.m.<br>Dept: Hon. Susan Illston |

Honnorable Judge Susan Illston

My name is Charles Hollins I am a defendant in your court writing to you a personal account of challenge of my past and the direction of my future.

When I was 4 years old, my older sister was 6 we lived in public housing (San Francisco), when my parents divorced my mom had an abusive boyfriend who moved in with us.

In the begining I saw my mom being abused physically at the time I didn't understand because she would say its okay. Eventually my sister and I were victims of this same abuse. We were being beatin with extension chords. I still have physical scars on my body from the beatings. I dont know if my mom allowed these beatings to occur because she was afraid of him or if she wasn't aware of how wrong it was.

To this day she refuses to discuss this with me so I have never been able to get closure.

What ever the case I made every excuse I could to protect my mom, because I wanted her to love me. I remember the time he made me drink his urine out of my toy Mr. T. fool cup.

Another time my older sister and I were forced to eat sour grass for lunch because we had fresh scars on our bodies from the extention chords, and they didn't want the staff at the free lunch program to see them.

He would also make us smoke cigarettes and cigars until we threw up on ourselves.

My sister is older and was not so forgiving of the abuse, she confided in her best friends mother Gwen, who was aware of the abuse by the scars on our bodies. Gwen contacted the San francisco mayors office and reported my mother, soon after Child protective Services were at our school Guadalupe Elementary taking pictures of our bodies in the Nurses area.

S.F.P.D and Child protective Services took my sister and I away. Two years had gone by before I saw my sister again.

Although reporting the abuse was the right thing, at that time I hated my sister because I thought I could earn my mothers love. My sister and I became lost in the system. She found herself looking for love in older men who introduced her to crack cocaine.

I ended up in a foster home in the Hunters Point Area where the abuse was equivalent or worse because I suffered physical and

mental abuse, there were no televisions and they made you lay on the bed all day. I can remember laying on a wet pillow because I cried the whole time. The front door had key locks for entering and exiting. I was lucky when the social worker moved me from the home because my mom lived to close. Soon after the foster parents of that home were arrested suspicion of murdering one of there foster boys.

After this my biological father was granted custody of me he did his best to maintain stability and a drug free lifestyle but was un-succesful so I had no support, but the fear of experiencing what I had been through in foster care I chose to survive day buy day. I couldnt afford hair cuts so I would use shaving razors to cut my head bald and pretend like I favored bald heads when kids would talk about me. When I was 12 years old I met this kid at school, his mom and aunts were on drugs and his grandmother sold drugs. Although that was there lifestyle it appeared he had what I wanted the most. LOVE. Although his mother was on drugs she was there to hug him and tell him dinner was ready

I didn't have that but I wanted it so bad I was willing to take it any where I got it. His grandma loved him, my grandparents hated me because I took after my Dad with dark skin. I always wondered why my grandparents didn't step up to save my sister and I.

They are an upper middle class family who owned several properties, my grandfather was employed by the U.S. Postal Service, my grandmother was an Executive for Brooks Brothers Clothing Company.

I knew I was abandoned because I could not understand how my grandparents had this huge 5 bedroom home they lived in with an income I'm sure could have supported there only two grandchildren.

I knew I was alone in this world at 12 years old, because I could walk door to door in the housing projects and see grandmothers taking loving care of there grandchildren with low government assistant incomes.

I was welcomed into my friends home in hopes of gaining the love he received I began to sell drugs for his grandmother along with him.

All I wanted was for somebody to say good job I'm proud of you, at this time I was sleeping in cars and walking around all night. I eventually ended up in the juvenile system for my actions believing I was earning ~~love~~ and acceptance, along with the choices I made and peer pressure I begin using drugs Ecstasy and Crack Cocaine loved marijuana.

I have had a rough road and I have made many mistakes which I regret deeply. My most recent mistake caused me to do jail time and upon my release I was placed on parole I successfully discharged parole in 12 months. I had a close communication with my agent and rapor.

Over the years my mom re-married and my step Dad is a good man who recently retired from the San Francisco Sheriffs Dept. My Mom and I ~~have~~ have been building a relationship. My father also re-married a wonderful woman. Mother Sally is what I called her.

She was the closest I've had to receiving the motherly love I needed as a child, and a mothers honesty as an adult. Mother Sally was diagnosed with Cancer I was one of her paw Bearers when she died of her battle with Mastatic Cancer 3 months before my arrest, this was very hard for me even harder for my Dad for because I never experienced losing some one so close I then begin drinking heavily and using poor judgement.

Honorable Judge Illston I have two sons ages 5 and 10 that my grandmother who is nearly 80 years old has in her custody the time is now for me to begin making better decisions I have to step up and be responsible for my children, truth is my Grandmother only has so much more life to live. With that being said Judge Illston, I fully admit and have great remorse for my actions in this case. I am asking for leniency from the Court, and request the Court give the sentence agreed upon by the lawyers

To my knowledge Judge Illston, you will be my assigned Judge to see me through this point in my life, I would like to be the proud young man to stand before you when I am released and make you aware of my progress with my children and my accomplishments personally as a productive citizen in the community. This has been the most scariest experience for me, and I will make a difference.

Thank you for reading my letter

## To Judge Susan Illston

My Name is Ena V. Thompson I presently reside in Berkeley Ca, I also work for THC im a Custodian.

I am Charles Hollins Mother In Law I have known Charles for 7 years, He is my daughter finance an they have a four year old son Name Camari Hollins, He is such a wonderful father who's always involved in everything concerning his Family. Charles is a person that will give his last just to see a smile on others face trust me I know an I am very proud to say that he's my son. I know that situation he's in doesn't express what kind of person he is.
Those who know him knows that this is the end of his incarceration, I have spoken to Charles while in custody and he knows there's no time to waste he has Family/children who loves an look up to him, He also knows my disappointment with him but im willing to help support him in anyway I can. I want to thank you judge Illston for taking your time out to read my letter.

                                                Ena V Thompson

The Honorable Susan Illston
United State District Court Judge


I Lyniece Eddins at 2731 Sojourner Truth Court, Berkeley Ca
Phone number 510 705 8669

I am Charles Hollins finance. Charles an we have known each other for 8 years, I am a Managing Consultant for Rolf Investment. Charles an I share a 4 year old child together and he is an terrific father to our son, he's more like a role model to him, taking him to school being involved with his school activities the teachers loves him as well. He's an people person when ever he comes in an room he brighten it up, he can make you smile on a raining day. Charles is a very respectful loving person, And I know the things that he's going through at this moment is not easy for him, he also knows my disappointment with him and this situation cause I know he's better than this to miss a part of your kids life is not easy, but I will be his support system from now until his release from prison, making sure he does well and to help him complete his period of supervision with federal officers who will be monitoring him after he is release from prison.
Charles has also completed a parole supervision in a minimal period, an did well on it. I know and believe that Charles has learned his lesson an after his release and completion of supervision with federal parole this will be his last time having any run ins with the law, I want to thank you for your time in reading this.


        Sincerely
        Lyniece Eddins

To The Honorable Judge Susan Illston United States District Court Judge

Hello my name is Arra Thomas, I presently reside in Fair Field Ca.
This letter is in regards to Charles Laredo Hollins who at this present moment happens to be incarcerated.

Charles Hollins and I have known one another since 1999, we also share a child together and she is five years of age.
At this time I am employed with I.H.S.S. (in home supportive services) and I work six days out the week. It's a job being a single parent, with that being said Charles Hollins was very supportive with helping to care and assist me with our daughter.
I'm very disappointed in Charles, He has made poor decisions and yes its affected plenty of people who has stood by him. However Charles is very smart and very intelligent and I have seen major growth as well failing moments. I'm more than willing to support him and plan to be apart of his support system upon his exiting when he is released from prison, to only make sure he does well, and to also help him complete his probation period of supervision with federal officers successfully, Charles understands he will be monitored for at least 3 years after his release from prison.
My reason as to why I think he'd be a success this time is because Charles gets bored when he isn't busy, at this moment Charles is aware that he hasn't any more time to waste and his children needs him to be their role model.
Charles is aware that there is consequences to his actions, he must be punished as the court feels appropriate and I promise to help him when he gets home. I truly believe that Charles has learned a lesson from this recent incarceration and it leads me to conclude that he has changed in a positive way.

*Arra J. Thomas*

415-573-4873

# Certificate of Completion

*This is to certify that*

## Charles L. Hollins

*completed the Communication Skills Course*

### Ready For Love

*(a version by IDEALS Inc. of the Relationship Enhancement® curriculum)*

*in Oakland, California on*
*April 30, 2012*

_____
Bento Leal
Authorized RFL Trainer

# Certificate of Completion

This Certifies that:

## Charles Hollins

Has Successfully Completed

*Make The Right Choice/Assignment Re-Entry*

December 20th, 2012

Ms. N. Bailey
Mentor Coordinator
Federal Detention Center Dublin CA

Mr. A. Abdullah
Motivational Coach

# Certificate of Completion



## ALAMEDA COUNTY SHERIFF'S OFFICE
### Glenn E. Dyer Detention Facility

IN COOPERATION WITH

### TRI-VALLEY REGIONAL OCCUPATIONAL PROGRAMS

*Certifies That*

## CHARLES HOLLINS

*Has successfully completed*

### ANGER MANAGEMENT

Date: August 1, 2012

_____
Fred Rutledge
Principal

_____
Carolyn Arden - Instructor



Tri-Valley Regional Occupational Programs
Correctional Education
2600 Kitty Hawk Road, Suite 117
Livermore, CA 94551
(925)5516694

Court Letter—Anger Management

DATE **7/30/2012**

TO WHOM IT MAY CONCERN:

This letter serves to verify that **Charles Hollins**
PFN# **ULV824**
Is enrolled in Anger Management at Glenn Dyer Jail and has complete **24** days of the 24 day program.

The Anger Management class is a voluntary program. The objective is to identify high risk situations, thoughts and behaviors that lead to unhealthy anger. While gaining emotional stability and increased self awareness, the class incorporates new coping skills to handle anger/stress and other feelings. The men also develop communication skills to develop healthy relationship.

*Carolyn Arden*
Carolyn Arden
Anger Management Instructor

*Charles is a graduate of Anger Management*

Invalid Without
Embossed Seal